UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SANDRA CLEVENGER CONNELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL NO.  1:06-CV-00200 |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Sandra Connelly on May 11, 2007. (Docket # 26.) Defendant Commissioner of Social Security has apparently declined to file a response.

On April 19, 2007, this Court entered an Order remanding this case to the Social Security Administration for further proceedings. (Docket # 24.)  Connelly is now seeking $5,762.05 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).  Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

Accordingly, Connelly's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Connelly's motion for award of attorney's fees under the EAJA (Docket # 26) is GRANTED in the amount of $5,762.05.

Enter for June 11, 2007.

                                        S/ Roger B. Cosbey
                                        Roger B. Cosbey
                                        United States Magistrate Judge